THE STATE OF OHIO, APPELLEE, *v.* RIMMER, APPELLANT.

[Cite as *State v. Rimmer* (1998), 84 Ohio St.3d 48.]

(No. 98–1092—Submitted October 13, 1998—Decided December 2, 1998.)

*Gregory A. White,* Lorain County Prosecuting Attorney, and *Lisa A. Locke Graves,* Assistant Prosecuting Attorney, for appellee.

*Carl E. Rimmer, pro se.*

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.